IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 03-129 |
| | ) |
| ANDREW W. McNELIS, III, | ) |
| Defendant. | ) |

PLEA

AND NOW, the defendant,
ANDREW W. McNELIS, III,
in the above entitled case
hereby withdraws his plea
of NOT GUILTY, entered
May 7, 2003, and now
pleads GUILTY to count one
in open court this
8th day of July, 2005.

_____
Defendant

_____
Attorney