# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
_____ )
_____ )
                Plaintiff )
        vs.               )          CRIMINAL NO. 03-129
ANDREW W. McNELIS, III    )
_____ )
_____ )
                Defendant )

**HEARING ON** SENTENCING

Before JUDGE GARY L. LANCASTER

CONSTANCE BOWDEN, AUSA                    MICHAEL DeRISO, ESQ.

_____               _____

Appear for Plaintiff                              Appear for Defendant

Hearing Begun   12/8/06 @  $11^{3b}$ AM            Hrg Adjourned to _____

Hrg concluded C.A.V.  12/8/06 @ $11^{4b}$ AM       Stenographer   SHIRLEY HALL

**WITNESSE**

For Plaintiff                                     For Defendant

DEFENDANT PLACED UNDER OATH;                      DEFENDANT ADVISED &

NO OBJECTIONS RAISED TO PSIR;                     APPEAL RIGHTS

ADVISORY SENTENCING CALCULATIONS                  MOTION TO DISMISS CT. 2 ORALY

DETERMINED BY THE COURT;                          GRANTED

SENTENCE IMPOSED. 1 YR &

PROBATION W/ CONDITIONS;

NO FINE OR COSTS;

SPECIAL ASSESSMENT IMPOSED;